UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 1:14-CV-10085-JLK

IN THE MATTER OF:

COMPLAINT OF SUNSET WAVERUNNER
TOURS INC., For Exoneration from
or Limitation of Liability as the owner
of the unnamed 2012 Yamaha Waverunner
Identification No. YAMA2737C212
her engine, tackle, appurtenances, etc.
_____/

## PETITIONER'S MOTION FOR ENTRY DEFAULT FINAL JUDGMENT

Petitioner, SUNSET WAVERUNNER TOURS, INC. ("Petitioner"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(b)(2) hereby files this Motion for Default Final Judgment and states:

1. On November 13, 2014, Petitioner filed a Verified Complaint for Exoneration From or Limitation of Liability in accordance with 46 U.S.C. § 30505 *et seq*., Supplemental Rule F; and, Local Admiralty Rule F. [D.E. 1].

2. On March 19, 2015, the Court entered an Order establishing a monition period which claimants had to file their respective claims. The monition period expired 30 days after Petitioner's issuance of public notice – March 22, 2015. [D.E. 12].

3. On April 20, 2015, Petitioner filed a Notice of Filing Proof of Publication for this action for which service was published for four (4) consecutive weeks in The Miami Herald, Miami-Dade County, Florida, on March 22, 2015, March 29, 2015, April 5, 2015, and April 12, 2015. [D.E. 13].

4. To date, no claimants have filed an Answer and/or Claim in response to Petitioner's Complaint.

5. Accordingly, on May 7, 2015, Petitioner filed its Motion for Entry of Default against all persons/entities that have not appeared but may have a claim against the Petitioner arising from the voyage described in the Complaint for Exoneration or Limitation. [D.E. 14].

6. On May 8, 2015, the Court granted Petitioner's Motion for Entry of Default against all persons/entities that have not appeared in the above-styled action. [D.E. 15].

7. As such, the Petitioner submits this Motion for Final Default Judgment.

8. As the deadline for filing a claim in the instant litigation has passed, it is proper for the Court to enter default judgment against all persons/entities who may have a claim against Petitioner, arising from the voyage described in the Complaint for Exoneration or Limitation, but who have not appeared or timely filed an Answer and/or Claim in response to Petitioner's Complaint for Exoneration or Limitation.

**WHEREFORE**, Petitioner, SUNSET WAVERUNNER TOURS, INC., respectfully requests this Honorable Court to enter default judgment against all persons/entities that have not appeared but may have a claim against the Petitioners arising from the voyage described in the Complaint for Exoneration or Limitation.

DATED this 27th day of May, 2015.

Respectfully Submitted,

BY: _/ s / Henry Salas_
HENRY SALAS
FBN: 815268
Henry.Salas@csklegal.com
ALEJANDRO M. CURA
FBN: 87563
Alejandro.Cura@csklegal.com

>Attorneys for Petitioner,
>Caribbean Jet Ski, Inc.
>COLE, SCOTT & KISSANE, P.A.
>9150 South Dadeland Boulevard, Suite 1400
>Miami, Florida  33156
>Telephone:  (305) 350-5300
>Facsimile:   (305) 373-2294

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on the 27th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record on the service list via U.S. Certified Mail Return Receipt Requested.

>BY:  */s/ Henry Salas*
>HENRY SALAS
>FBN: 815268
>Henry.Salas@csklegal.com
>ALEJANDRO M. CURA
>FBN:  87563
>Alejandro.Cura@csklegal.com
>Attorneys for Petitioner,
>Caribbean Jet Ski, Inc.
>COLE, SCOTT & KISSANE, P.A.
>9150 South Dadeland Boulevard, Suite 1400
>Miami, Florida  33156
>Telephone:  (305) 350-5300
>Facsimile:   (305) 373-2294