UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 14-CIV-10085-KING

IN THE MATTER OF:

COMPLAINT OF SUNSET WAVERUNNER
TOURS INC., For Exoneration from
or Limitation of Liability as the owner
of the unnamed 2012 Yamaha Waverunner
Identification No. YAMA2737C212
her engine, tackle, appurtenances, etc.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE comes before the Court on Petitioner's Motion for Default Final Judgment (the "Motion") [D.E. 16], filed May 27, 2015.

The Court has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion for Default Final Judgment **[D.E. 16]** is **GRANTED**. Default judgment is entered against all persons/entities that have not appeared but may have a claim against the Petitioner arising from the voyage described in the Complaint [D.E. 10].

**IT IS FURTHER ORDERED** and **ADJUDGED** that all pending motions are **DENIED AS MOOT**, and the Clerk shall **CLOSE** this case.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 28th day of May, 2015.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record